**Motion Granted; Vacated and Remanded and Memorandum Opinion filed May 24, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00178-CV

## PRESBYTERY OF NEW COVENANT, INC., Appellant

## V.

## FIRST PRESBYTERIAN CHURCH OF HOUSTON, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2014-30354**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 20, 2015. On May 12, 2016, the parties filed a joint motion to vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed February 20, 2015, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Jamison, Donovan, and Brown.